IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE M. LEON BAUZA
HEIDY A. CONCEPCION MORALES
DEBTORS

CASE NUM.: 10-12121 BKT

CHAPTER 13 (ASSET CASE)

CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 1/25/2011**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 25 day of January, 2011.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:      Case No. **10-12121-13**

**LEON BAUZA, JOSE M. & CONCEPCION MORALES, HEIDY A.**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____<br>☐ PRE ☐ POST-CONFIRMATION | ☒ AMENDED PLAN DATED: **1/25/2011**<br>Filed by: ☒ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
| $ **325.00** x **24** = $ **7,800.00**<br>$ **400.00** x **36** = $ **14,400.00**<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br>$ ___ x ___ = $ ___<br><br>TOTAL: $ **22,200.00** | A. ADEQUATE PROTECTION PAYMENTS OR $ ___<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☒ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☒ Trustee pays secured ARREARS:<br>Cr. **CITIMORTGAGE**   Cr. ___   Cr. ___<br># **770550536**   # ___   # ___<br>$ **1,137.02**   $ ___   $ ___ |
| Additional Payments:<br>$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:<br>☐ Sale of Property identified as follows:<br>___<br>☐ Other:<br>___<br>Periodic Payments to be made other than, and in addition to the above:<br>$ ___ x ___ = $ ___ | 2. ☒ Trustee pays IN FULL Secured Claims:<br>Cr. **ASOCIACION DE RE**   Cr. **CRIM**   Cr. ___<br># ___   # **084-027-713-13-000**   # ___<br>$ **4,800.00**   $ **949.74**   $ ___<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ___   Cr. ___   Cr. ___<br># ___   # ___   # ___<br>$ ___   $ ___   $ ___<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br>5. ☐ Other:<br>6. ☒ Debtor otherwise maintains regular payments directly to: **CITIMORTGAGE** |
| PROPOSED BASE: $ **22,200.00** | C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00** | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___<br>☐ Paid 100% / ☐ Other: ___<br>Cr. ___   Cr. ___   Cr. ___<br># ___   # ___   # ___<br>$ ___   $ ___   $ ___<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ JOSE M LEON BAUZA**<br>Debtor<br><br>**/s/ HEIDY A. CONCEPCION MORALES**<br>Joint Debtor | OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)<br>TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.<br><br>FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).<br><br>TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.<br><br>DEBTOR MAINTAINS REGULAR AUTO PAYMENTS DIRECTLY TO BBVA. |

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| LEON BAUZA JOSE M<br>MANSIONES DE MONTECASINO 1<br>289 CALLE CODORNIS G-7<br>TOA ALTA PR 00953 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902-4140 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA GA 30353-0942 |
| CONCEPCION MORALES HEIDY A<br>MANSIONES DE MONTECASINO 1<br>289 CALLE CODORNIS G-7<br>TOA ALTA PR 00953 | DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR 00918 | WESTERN BANK<br>PO BOX 1180<br>MAYAGUEZ PR 00681 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | |
| AEELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | LCDA SALLY D DELGADO ARROYO<br>PO BOX 367054<br>SAN JUAN PR 00936-7054 | |
| ASOCIACION DE RESIDENTES<br>MANSIONES DE MONTECASINO 1<br>TOA ALTA PR 00953 | LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON TX 77274 | |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | MIDLAND CREDIT<br>8875 AERO DR<br>SAN DIEGO CA 92123 | |
| CITIMORTGAGE<br>PO BOX 689196<br>DES MOINES IA 50368-9196 | MILLENIUM COLLECTION AGENCY INC<br>PO BOX 79193<br>CAROLINA PR 00984-9193 | |
| CLARO<br>PO BOX 71535<br>SAN JUAN PR 00936-8635 | MONARCH RECOVERY MANAGEMENT INC<br>PO BOX 21089<br>PHILADELPHIA PA 19114-0589 | |
| CONSUMER RECOVERY ASSO<br>2697 INTERNATIONAL PKWY<br>VIRGINIA BEACH VA 23452 | NCO FINANCIAL SYSTEMS OF PUERTO<br>RICO<br>PO BOX 192478<br>HATO REY PR 00918 | |
| CRIM<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | PUERTO RICO TELEPHONE COMPANY<br>#562 AVE JUAN PONCE DE LEOJN<br>HATO REY PR 00918 | |